IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> TERRY RAYBON, ) <br> Warden of William C. Holman ) <br> Correctional Facility, ) <br> ) <br> *Respondent*. ) | Case No.: 5:24-cv-01751-LCB <br><br> CAPITAL CASE |

**NOTICE OF APPEARANCE OF TY ALPER**

COMES NOW Ty Alper, Clinical Professor of Law, Co-Director of the University of California, Berkeley Law School's Death Penalty Clinic, and Co-Director of Berkeley Law's Clinical Program, and gives notice of his appearance as counsel of record for Petitioner, Willie Burgess, Jr.

The Clerk and all parties are requested to forward copies of all pleadings, orders, and other filings and correspondence to the attention of the undersigned.

Dated: November 18, 2024            Respectfully submitted,

s/ *Ty Alper*
Ty Alper, #ASB-3045-T68A
U.C. Berkeley School of Law
346 North Addition
Berkeley, CA 94720-7200
Tel: (510) 643-7849
talper@law.berkeley.edu
*Counsel for Petitioner Willie Burgess, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, December 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a true and correct copy upon the following parties by electronic mail and U.S. mail.

Cameron G. Ball
Assistant Attorney General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
CameronBall@AlabamaAG.gov

                                            *s/ Ty Alper*
                                            Ty Alper