IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Case No.: 5:24-cv-01751-LCB |
| v. ) | |
| ) | |
| TERRY RAYBON, ) | CAPITAL CASE |
| Warden of William C. Holman ) | |
| Correctional Facility, ) | |
| ) | |
| *Respondent*. ) | |
| ) | |

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. Section 2254(h) and 18 U.S.C. Section 3599(2), undersigned counsel Ty Alper, a member of this Bar, respectfully moves this Court to appoint him as counsel for Petitioner Willie Burgess, Jr. in this habeas corpus proceeding.

1. This action involves a petition for writ of habeas corpus under 28 U.S.C. Section 2254 in which Mr. Burgess challenges his capital murder conviction and death sentence. Mr. Burgess is currently an inmate at Holman Correctional Facility in Atmore, Alabama. He is indigent, under sentence of death, and is also filing a motion to proceed *in forma pauperis*.

2. 28 U.S.C. Section 2254(h) requires this Court to appoint counsel, when necessary, to an indigent person under sentence of death seeking habeas corpus relief under 28 U.S.C. section 2254. *See also* 18 U.S.C. § 3599(a)(2) ("In any post-conviction proceeding under Section 2254 or 2255 of title 28, United States Code, . . . any defendant who is or becomes financially unable to obtain adequate representation . . . shall be entitled to the appointment of one or more attorneys. . . .").

3. Ty Alper has been employed by the University of California, Berkeley School of Law since 2004. He is currently a Clinical Professor of Law, Co-Director of the law school's Death Penalty Clinic, and Co-Director of the law school's Clinical Program. Mr. Alper is an attorney licensed to practice in Alabama, California, Georgia (inactive) and the District of Columbia (inactive) and is in good standing. His practice consists entirely of representation of indigent capital defendants in a number of jurisdictions. He is admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Eleventh and District of Columbia Circuits, the U.S. District Court for the Northern District of Alabama, and several other federal courts. He has been representing death row inmates in Alabama since 2001 at both the state and federal level.

4. Undersigned counsel, along with Elisabeth Semel, who is filing a motion for admission *pro hac vice*, presently represent Mr. Burgess without

compensation. They each have significant experience with capital litigation, devote a substantial portion of their practice to capital litigation in Alabama, and will zealously represent Mr. Burgess in these proceedings.

5. Should the Court grant Ms. Semel's request to be admitted *pro hac vice*, undersigned counsel will request that she be appointed as co-counsel in this matter.

For these reasons, undersigned counsel respectfully requests that this Court appoint him to represent Mr. Burgess in this matter.

                          Respectfully submitted,

                          s/ *Ty Alper*
                          Ty Alper, #ASB-3045-T68A
                          Elisabeth Semel (*pro hac vice pending*)
                          U.C. Berkeley School of Law
                          346 North Addition
                          Berkeley, CA 94720-7200
                          Tel: (510) 643-7849
                          talper@law.berkeley.edu
                          esemel@law.berkeley.edu

                          *Counsel for Petitioner Willie Burgess, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, December 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a true and correct copy upon the following parties by electronic mail and U.S. mail.

> Cameron G. Ball
> Assistant Attorney General
> Office of the Alabama Attorney General
> 501 Washington Avenue
> Montgomery, AL 36130
> CameronBall@AlabamaAG.gov

*s/ Ty Alper*
Ty Alper
