IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Case No.: 5:24-cv-01751-LCB |
| v. ) | |
| ) | |
| TERRY RAYBON, ) | CAPITAL CASE |
| Warden of William C. Holman ) | |
| Correctional Facility, ) | |
| ) | |
| *Respondent*. ) | |

**NOTICE OF CONSTITUTIONAL QUESTION**

Petitioner Willie Burgess, Jr., through counsel, in his *Petition for a Writ of Habeas Corpus by a Person in State Custody Under a Death Sentence* (Doc. No. 1), challenges the constitutionality of deference under the Antiterrorism and Effective Death Penalty Act of 1996. Federal Rule of Procedure 5.1 requires that a party give notice when challenging a federal statute on constitutional grounds where, as here, a federal agency, the United States, or one of its officers or employees in an official capacity is not a party to the action. On June 28, 2024, the Supreme Court overruled deference under *Chevron, U.S.A., Inc. v. Natural Resources Defense Council, Inc.*, 467 U.S. 837 (1984). Petitioner argues that the

change in the law demonstrates the unconstitutionality of deference under 28 U.S.C. Section 2254.

Dated: December 18, 2024                    Respectfully submitted,


                                                 s/ *Ty Alper*
Ty Alper, #ASB-3045-T68A
Elisabeth Semel (*pro hac vice pending*)
U.C. Berkeley School of Law
346 North Addition
Berkeley, CA 94720-7200
Tel: (510) 643-7849
talper@law.berkeley.edu
esemel@law.berkeley.edu

*Counsel for Petitioner Willie Burgess, Jr.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, December 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a true and correct copy upon the following parties by electronic mail and U.S. mail:

    Cameron G. Ball
    Assistant Attorney General
    Office of the Alabama Attorney General
    501 Washington Avenue
    Montgomery, AL 36130
    CameronBall@AlabamaAG.gov

I further certify that on today's date, I served this filing, along with Doc. No. 1, by U.S. mail on:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

and

Assistant Attorney General for Administration
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue NW, Room 1111
Washington DC 20530-0001

Dated: December 18, 2024

                                        *s/ Ty Alper*
                                        Ty Alper