IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

|  |  |  |
|---|---|---|
| WILLIE BURGESS, JR., | ) ) ) | |
| *Petitioner*, | ) ) | Case No.: 5:24-cv-01751-LCB |
| v. | ) ) | |
| TERRY RAYBON, Warden of William C. Holman Correctional Facility, | ) ) ) ) ) | CAPITAL CASE |
| *Respondent*. | ) ) | |

**APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF PETITIONER WILLIE BURGESS, JR.**

Elisabeth Semel ("Movant"), Co-Director of the University of California, Berkeley Law School's Death Penalty Clinic, pursuant to Local Rule 83.1(b), moves this Court for admission *pro hac vice*, to appear in this proceeding as co-counsel for Petitioner Willie Burgess, Jr., and states as follows:

1. Movant is an attorney licensed to practice law and is a member in good standing of the State Bar of California, admitted December 15, 1975. Movant resides in Berkeley, California. Movant's business address is University of California, Berkeley, School of Law, 491 Simon Hall, Berkeley, CA 94720-

7200.  Her office phone number is (510) 642-0458 and her facsimile number is (510) 643-4625.  Her email address is esemel@law.berkeley.edu.

    2.    Movant is also admitted to practice before and is in good standing with the United States District Court for the Central (1997), Southern (1980), and Eastern (1975) Districts of California.

    3.    Movant is also admitted to practice before and is in good standing with the United States Court of Appeals for the Ninth Circuit (1994).  Movant is an inactive member of the United States Court of Appeals for the Fifth Circuit (admitted 2001, inactive as of 2021).

    4.    Movant is also admitted to the Supreme Court of the United States (1988).

    5.    Movant designates Ty Alper, of the University of California, Berkeley Law School Death Penalty Clinic, who is qualified to practice in this Court and who consents to designation, as local counsel.

    6.    Movant certifies that she has never been disbarred and is not currently suspended from the practice of law in any jurisdiction.

    7.    Movant certifies further that she will make herself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the United States District Court for the Northern District of Alabama.

Case 5:24-cv-01751-LCB   Document 7   Filed 12/19/24   Page 3 of 5

8.  Contemporaneously with the filing of this Motion, Movant has paid to the Clerk of the United States District Court for the Northern District of Alabama an Attorney Admission Fee in the amount of $100.00.

WHEREFORE, Movant respectfully requests entry of an order authorizing her admission to practice and represent Petitioner Willie Burgess, Jr. in this case for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ms. Semel.

I state that I am a member in good standing of the aforesaid bars, and that I will conduct myself as an attorney of this court uprightly and according to law, under penalty of perjury I so declare.

Dated: December 19, 2024    Respectfully submitted,

s/ *Elisabeth Semel*
Elisabeth Semel
U.C. Berkeley School of Law
491 Simon Hall
Berkeley, CA 94720-7200
Tel: (510) 642-0458
esemel@law.berkeley.edu

*Counsel for Petitioner Willie Burgess, Jr.*

3

## CONSENT TO ACT AS LOCAL COUNSEL

I, Ty Alper, an attorney qualified to practice in this Court, consent to designation as the local attorney for Elisabeth Semel of the University of California, Berkeley Law School's Death Penalty Clinic. I further agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

Dated: December 19, 2024                s/ *Ty Alper*
                                                      Ty Alper, #ASB-3045-T68A
                                                      U.C. Berkeley School of Law
                                                      346 North Addition
                                                      Berkeley, CA 94720-7200
                                                      Tel: (510) 643-7849
                                                      talper@law.berkeley.edu

                                                      *Counsel for Petitioner Willie Burgess, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*s/ Ty Alper*
Ty Alper

5