FILED
2025 Jan-09 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> TERRY RAYBON, ) <br> Warden of William C. Holman ) <br> Correctional Facility, ) <br> ) <br> *Respondent*. ) | Case No.: 5:24-cv-01751-LCB <br><br> CAPITAL CASE |

**NOTICE OF APPEARANCE OF ELISABETH SEMEL**

COMES NOW Elisabeth Semel, Chancellor's Clinical Professor of Law and Co-Director of the University of California, Berkeley Law School Death Penalty Clinic, and gives notice of her appearance as counsel of record for Petitioner, Willie Burgess, Jr.

The Clerk and all parties are requested to forward copies of all pleadings, orders, and other filings and correspondence to the attention of the undersigned.

Dated: January 9, 2025              Respectfully submitted,

s/ *Elisabeth Semel*
Elisabeth Semel, admitted *pro hac vice*
U.C. Berkeley School of Law
491 Simon Hall
Berkeley, CA 94720-7200
Tel: (510) 642-0458
esemel@law.berkeley.edu
*Counsel for Petitioner Willie Burgess, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*s/ Elisabeth Semel*
Elisabeth Semel