# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No: 5:24-cv-01751-LCB |
| | ) |
| TERRY RAYBON, | ) |
| Warden of William C. Holman | ) |
| Holman Correctional Facility, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Beth Jackson Hughes, and enters her appearance as counsel for the Respondent in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Attorney General*

***/s/Beth Jackson Hughes***
Beth Jackson Hughes
*Assistant Attorney General*
*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Ty Alper and Elisabeth Semel.**

/s/Beth Jackson Hughes
Beth Jackson Hughes
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-8400 Fax
Beth.Hughes@AlabamaAG.gov