IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR.,            )<br>                                 )<br>     *Petitioner*,               )<br>                                 )<br>v.                               )<br>                                 )<br>TERRY RAYBON,                    )<br>Warden of William C. Holman      )<br>Correctional Facility,           )<br>                                 )<br>     *Respondent*.              )<br>_____  ) | Case No.: 5:24-cv-01751-LCB<br><br>CAPITAL CASE |

**COUNSEL'S UPDATED CERTIFICATION PURSUANT TO COURT'S
APRIL 17, 2025 ORDER**

In accordance with the Court's Order of April 17, 2025 ("Order") (Doc. 13), I certify the following:

Attached hereto as Exhibit A is Petitioner's Memorandum of Conference signed by Mr. Burgess.

Dated: June 23, 2025                    Respectfully submitted,

                                        s/ *Ty Alper*
                                        Ty Alper, #ASB-3045-T68A
                                        Elisabeth Semel (admitted *pro hac vice*)
                                        U.C. Berkeley School of Law
                                        346 North Addition
                                        Berkeley, CA 94720-7200
                                        Tel: (510) 643-7849
                                        talper@law.berkeley.edu

                                        *Counsel for Petitioner Willie Burgess, Jr.*

1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Case No.: 5:24-cv-01751-LCB |
| v. ) | |
| ) | |
| TERRY RAYBON, ) | CAPITAL CASE |
| Warden of William C. Holman ) | |
| Correctional Facility, ) | |
| ) | |
| *Respondent*. ) | |

## PETITIONER'S MEMORANDUM OF CONFERENCE

1.  I, Willie Burgess, Jr., am the petitioner in this case. I am incarcerated on death row at Holman Correctional Facility in Atmore, Alabama.

2.  My current lawyers are Elisabeth Semel and Ty Alper from the University of California, Berkeley School of Law's Death Penalty Clinic. Ms. Semel and Mr. Alper and their colleagues at the U.C. Berkeley School of Law Death Penalty Clinic also represented me in Rule 32 proceedings in Alabama state court.

3.  On May 1, 2025, I met with one of my attorneys, Ty Alper, at Holman Prison. He presented me with a copy of this court's April 17, 2025 Order. He told me that if my lawyers from the U.C. Berkeley School of Law Death Penalty Clinic were not effective in my Rule 32 case, the court can appoint new lawyers who will

look for new issues in my case and let the court know about them. He also informed me that I have a right to consult with an independent attorney about whether I should ask for a new lawyer to represent me.

4. I have also discussed the order on the phone with my lawyers on several occasions.

5. I am not a lawyer, and there is a lot I do not understand about the law. Based on what I know, I think my lawyers have done everything they can to help me. I want Ms. Semel and Mr. Alper to continue to represent me. I understand that I must tell the court if at any point I am not satisfied with their representation.

_____
Willie Burgess, Jr.

_6-18-25_____
Date

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                                             *s/ Ty Alper*
                                             Ty Alper