IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., )<br>)<br>*Petitioner*, )<br>) <br>v. )<br>)<br>TERRY RAYBON, )<br>Warden of William C. Holman )<br>Correctional Facility, )<br>)<br>*Respondent*. )<br>_____ ) | Case No.: 5:24-cv-01751-LCB<br><br>CAPITAL CASE |

**RESPONSE TO COURT'S SHOW CAUSE ORDER**

The Court issued a Show Cause Order on July 17, 2025, directing undersigned counsel for petitioner Willie Burgess, Jr., to show cause why the Court should not appoint supplemental habeas counsel to screen for and possibly pursue claims under *Martinez v. Ryan*, 566 U.S. 1 (2012). The Court has also allowed that counsel could propose another suitable process to ensure Mr. Burgess's rights are protected.

Counsel appreciate the Court's effort to ensure that Mr. Burgess is represented by conflict-free counsel in these proceedings, especially in light of the stakes involved in this death penalty case. Undersigned counsel have been representing Mr. Burgess for more than two decades, and have developed a close, trusting relationship with him over the course of many years of litigation. While

the extent of this attorney-client relationship does not alone ensure conflict-free representation, it does mean that the prospect of asking the Court to appoint supplemental counsel is a weighty matter that requires deliberate consideration as well as in-person consultation with Mr. Burgess.

Counsel are also aware of varying approaches to this issue in other cases in the Northern District and have begun exploring both options contemplated by the Court's order, i.e., appointment of supplemental counsel or an alternative process for protecting Mr. Burgess's rights. Some of these alternatives may be logistically complicated and/or involve potential conflicts of their own. Accordingly, counsel respectfully propose that the most efficient way to proceed is to appear before the Court for a status conference to discuss potential approaches for proceeding in line with the Court's order.

In support of this proposal, counsel states:

1. Undersigned counsel Ms. Semel and Mr. Alper have been representing Mr. Burgess since 2001 and 2005, respectively. They raised detailed claims of ineffective assistance of counsel in state court, challenging the constitutionality of his conviction and death sentence. These claims establish that Mr. Burgess's conviction and death sentence were obtained in violation of his constitutional rights. Mr. Burgess has never had an opportunity to present evidence in

support of his post-conviction claims. In his federal habeas petition, he seeks the opportunity to do so in this Court.

2. Respectfully, to appoint supplemental counsel now would destabilize the attorney-client relationship and potentially leave Mr. Burgess without competent counsel to continue litigating the serious constitutional violations counsel have identified in the pending petition. However, counsel are aware that, in other Northern District cases, courts have appointed counsel not to represent the petitioner but to conduct an independent assessment of the case to provide an expert opinion on the likelihood that any *Martinez* claims exist in the case.

3. It appears there are several options for such an arrangement, but counsel believe that a status conference to discuss these options is necessary to better understand the available possibilities and the logistics involved. To be more specific, some possibilities include: 1) appointment of an expert capital litigator from another jurisdiction to conduct a re-investigation of the possible ineffective assistance of counsel claims; 2) appointment of a Federal Defender Capital Habeas Unit in another jurisdiction to conduct a similar evaluation; 3) appointment of a Federal Defender Capital Habeas Unit in Alabama to conduct a similar evaluation; 4) appointment of a non-

        profit legal office with expertise in Alabama capital defense practice to review the pleadings in this case and provide an assessment of potential *Martinez* issues; or 5) appointment of a law firm with capital defense expertise to conduct such an evaluation. Because undersigned counsel are not privy to what mechanisms for funding or appointment are available for this matter, the most efficient way of proceeding is likely to be an in-person status conference with the Court.

4. The prospect of the appointment of supplemental counsel is an issue that undersigned counsel must discuss in person with Mr. Burgess given the longstanding attorney-client relationship. Counsel have a visit scheduled for September 11, 2025, with Mr. Burgess.

5. Consistent with the Court's April 17, 2025 Order, the State has filed the record in this case and Mr. Burgess has submitted an Amended Petition with citations to the CM/ECF numbering system. Because the appointment of counsel to review the case for *Martinez* claims could in theory result in an amended petition with additional claims, counsel respectfully suggest that further briefing by either party on the petition be stayed pending the resolution of the matter addressed in the Court's July 17, 2025 Order.

FOR THESE REASONS, counsel respectfully request that the Court set a date for the parties to appear before the Court to review options for protecting Mr. Burgess's rights.  If the Court is inclined to agree with counsel's proposal, counsel respectfully request a date set after counsel are scheduled to meet with Mr. Burgess in person in mid-September.  Counsel also respectfully request that the briefing schedule set by the Court on April 17, 2025, be stayed pending resolution of this issue.

Dated August 18, 2025                                   Respectfully submitted,

s/ *Ty Alper*
Ty Alper, #ASB-3045-T68A
Elisabeth Semel (admitted *pro hac vice*)
U.C. Berkeley School of Law
346 North Addition
Berkeley, CA 94720-7200
Tel: (510) 643-7849
talper@law.berkeley.edu
esemel@law.berkeley.edu

*Counsel for Petitioner Willie Burgess, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*s/ Ty Alper*
Ty Alper
