# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR.,            )  | |
| )  | |
| Petitioner,            )  | |
| )  | |
| v.            )  | No.  5:24-cv-01751-LCB |
| )  | |
| TERRY RAYBON, Warden,            )  | |
| Holman Correctional Facility,            )  | |
| )  | |
| Respondent.            )  | |

## MOTION TO EXCEED PAGE LIMITATION ON RESPONDENT'S BRIEF

On April 17, 2025, the Court entered an order, which required, among other things, the respondents to file a brief "setting forth his positions with regard to each alleged ground for relief and any defenses which the respondent may assert." Doc. 13 at 8-9.  This order limited the page length on the brief to 75 pages.  For the following reasons, the respondents request this Court allow respondents' brief to exceed the 75-page limitation:

1.     The petitioner's amended habeas petition raises fourteen separate and independent claims and is 367 pages in length. Doc 21.  There are also numerous sub-claims.  The Respondent requests permission to exceed this Court's page limitation in order to file a brief that is responsive

to all of the claims raised in the habeas petition and to comply with this Court's order.

2.   The respondents' brief, which is being filed contemporaneously with this motion, is 95 pages in length. The respondents' brief required that many pages to be responsive to the claims raised in Burgess's habeas petition.

For the foregoing reasons, the Respondent respectfully requests that this Court grant this motion and accept the Respondents brief as filed.

>Respectfully submitted,
>
>Steve Marshall
>*Attorney General*
>
>*s/ Beth Jackson Hughes*
>Beth Jackson Hughes
>*Assistant Attorney General*
>Counsel of Record *
>
>State of Alabama
>Office of the Attorney General
>501 Washington Avenue
>Montgomery, Alabama 36130-0152
>Tel: (334) 242-7392
>Beth.Hughes@AlabamaAG.gov

September 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Ty Alper and Elisabeth Semel**.

|  |  |
|---|---|
|  | *s/ Beth Jackson Hughes* |
|  | Beth Jackson Hughes |
|  | *Assistant Attorney General* |
|  | Counsel of Record * |
|  |  |
|  | State of Alabama |
|  | Office of the Attorney General |
|  | 501 Washington Avenue |
|  | Montgomery, Alabama 36130-0152 |
|  | Tel: (334) 242-7392 |
| September 15, 2025 | Beth.Hughes@AlabamaAG.gov |

3