IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BURGESS, JR., | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | Case No.: 5:24-cv-01751-LCB |
| v. | ) | |
| | ) | |
| TERRY RAYBON, | ) | CAPITAL CASE |
| Warden of William C. Holman | ) | |
| Correctional Facility, | ) | |
| | ) | |
| *Respondent*. | ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S REPLY**

The Court having received Petitioner's Unopposed Motion for an Extension of Time to File Petitioner's Reply to Respondent's Answer to Amended Petition for Writ of Habeas Corpus and Brief on the Merits, and good cause appearing, the motion is **GRANTED**. Petitioner shall have an additional sixty (60) days to file Petitioner's Reply, up to and including December 15, 2025.

**DONE** and **ORDERED** this _____, 2025.

_____
Liles C. Burke
UNITED STATES DISTRICT JUDGE

1