IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> TERRY RAYBON, ) <br> Warden of William C. Holman ) <br> Correctional Facility, ) <br> ) <br> *Respondent*. ) <br> _____ ) | Case No.: 5:24-cv-01751-LCB <br><br> CAPITAL CASE |

**PETITIONER'S MOTION FOR CLARIFICATION
OF REPLY BRIEF DUE DATE**

Comes now Petitioner, by and through undersigned counsel, and respectfully seeks clarification of the due date for his Reply Brief.

As grounds for this motion, Petitioner states as follows:

1. On September 19, 2025, Petitioner filed a motion requesting 60 days to submit his Reply Brief. Respondent did not oppose the motion. (Doc. 27.)

2. On September 22, 2025, the Court granted the motion and ordered December 15, 2025 as the due date for the Reply Brief. (Doc. 28.)

3. The Court's Order today regarding the *Martinez* issue stated that the Reply Brief would be due November 24, 2025. (Doc. 32.)

4.  Petitioner's counsel have been working diligently on the assumption the Reply Brief is due December 15, 2025 and respectfully request clarification of this due date.

Wherefore, based on the foregoing reasons, Petitioner respectfully requests clarification that the due date for the Reply Brief is December 15, 2025.

Dated: October 27, 2025                    Respectfully submitted,

s/ *Ty Alper*
Ty Alper, #ASB-3045-T68A
Elisabeth Semel (admitted *pro hac vice*)
U.C. Berkeley School of Law
346 North Addition
Berkeley, CA 94720-7200
Tel: (510) 643-7849
talper@law.berkeley.edu
esemel@law.berkeley.edu

*Counsel for Petitioner Willie Burgess, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                                                        *s/ Ty Alper*
                                                        Ty Alper