IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Case No.: 5:24-cv-01751-LCB |
| v. ) | |
| ) | |
| TERRY RAYBON, ) | CAPITAL CASE |
| Warden of William C. Holman ) | |
| Correctional Facility, ) | |
| ) | |
| *Respondent*. ) | |

**[PROPOSED] ORDER CLARIFYING DUE DATE FOR PETITIONER'S REPLY BRIEF**

The Court having received Petitioner's Motion for Clarification of Reply Brief Due Date, and good cause appearing, the motion is **GRANTED**. Petitioner's Reply Brief is due December 15, 2025.

**DONE** and **ORDERED** this _____, 2025.

_____
Liles C. Burke
UNITED STATES DISTRICT JUDGE