IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Case No.: 5:24-cv-01751-LCB |
| v. ) | |
| ) | |
| TERRY RAYBON, ) | CAPITAL CASE |
| Warden of William C. Holman ) | |
| Correctional Facility, ) | |
| ) | |
| *Respondent*. ) | |
| _____) | |

**PETITIONER'S UNOPPOSED MOTION FOR FOUR-DAY EXTENSION
OF TIME TO FILE REPLY BRIEF**

Comes now Petitioner, by and through undersigned counsel, and respectfully requests an extension of time of four (4) days within which to file his Reply to Respondent's Answer to Amended Petition for Writ of Habeas Corpus and Brief on the Merits. As grounds for this motion, Petitioner states as follows:

1. This is a capital case.

2. Petitioner's First Amended Petition for a Writ of Habeas Corpus (Doc. 21) was filed with this Court on August 15, 2025.

3. Respondent's Answer and Brief was filed on September 15, 2025 (Docs. 23, 25).

4. Pursuant to this Court's Order of October 28, 2025 (Doc. 34), Petitioner's Reply Brief is due on or before December 15, 2025.

5. Counsel have been diligently working on the Reply Brief. However, in light of the holidays as well as briefing and argument deadlines in multiple jurisdictions (including Alabama), counsel needs a brief extension of time to complete the Reply Brief.

6. Counsel has contacted counsel for the Respondent, and she does not oppose this request.

Wherefore, based on the foregoing reasons, Petitioner respectfully requests an additional four (4) days in which to file his Reply Brief, making the brief due on or before December 19, 2025.

Dated: December 2, 2025　　　　　　　Respectfully submitted,

s/ *Ty Alper*
Ty Alper, #ASB-3045-T68A
Elisabeth Semel (admitted *pro hac vice*)
U.C. Berkeley School of Law
346 North Addition
Berkeley, CA 94720-7200
Tel: (510) 643-7849
talper@law.berkeley.edu
esemel@law.berkeley.edu

*Counsel for Petitioner Willie Burgess, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*s/ Ty Alper*
Ty Alper
