IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR., ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Case No.: 5:24-cv-01751-LCB |
| v. ) | |
| ) | |
| TERRY RAYBON, ) | CAPITAL CASE |
| Warden of William C. Holman ) | |
| Correctional Facility, ) | |
| ) | |
| *Respondent*. ) | |
| _____ ) | |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITATION ON PETITIONER'S REPLY BRIEF**

By and through undersigned counsel, Petitioner respectfully moves to exceed the page limitation for his Reply to Respondent's Answer to Amended Petition for Writ of Habeas Corpus and Brief on the Merits. As grounds for this motion, Petitioner states as follows:

1. On April 17, 2025, the Court entered an order which required, among other things, that the parties file briefs in this case that are limited to 75 pages. (Doc. 13 at 9.)

2. On September 15, 2025, Respondent filed a 104-page Answer (Doc. 23) and a 95-page Brief (Doc. 25). Simultaneously with the filing of the 95-page brief, Respondent filed a motion requesting permission to file a brief that

exceeded the page limitation the Court had set. (Doc. 24.) The Court granted Respondent's motion to file a 95-page brief. (Doc. 26.)

3. Petitioner's Reply Brief is due December 19, 2025. (Doc. 37.) Petitioner respectfully seeks permission to file a brief up to 95 pages in length, which is warranted given the complexity of the legal issues involved in this capital case, the significance of the issues that are addressed, and the length of Respondent's Answer and Brief.

4. Counsel has contacted counsel for the Respondent and she does not oppose this request.

FOR THESE REASONS, Petitioner respectfully requests that the Court grant this unopposed motion and allow Petitioner to file a reply brief not to exceed 95 pages in length.

Dated: December 5, 2025         Respectfully submitted,

s/ *Ty Alper*
Ty Alper, #ASB-3045-T68A
Elisabeth Semel (admitted *pro hac vice*)
U.C. Berkeley School of Law
346 North Addition
Berkeley, CA 94720-7200
Tel: (510) 643-7849
talper@law.berkeley.edu
esemel@law.berkeley.edu

*Counsel for Petitioner Willie Burgess, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated:       December 5, 2025

*s/ Ty Alper*
Ty Alper
