IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BURGESS, JR.,  )<br>)<br>*Petitioner*,  )<br>)<br>v.  )<br>)<br>TERRY RAYBON,  )<br>Warden of William C. Holman  )<br>Correctional Facility,  )<br>)<br>*Respondent*.  )<br>_____ ) | Case No.: 5:24-cv-01751-LCB<br><br>CAPITAL CASE |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITATION ON PETITIONER'S REPLY BRIEF**

The Court having received Petitioner's Unopposed Motion to Exceed Page Limitation on Petitioner's Reply to Respondent's Answer to Amended Petition for Writ of Habeas Corpus and Brief on the Merits, and good cause appearing, the motion is **GRANTED**.

**DONE** and **ORDERED** this _____, 2025.

_____
Liles C. Burke
UNITED STATES DISTRICT JUDGE

1