FILED

2026 Feb-06  PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BURGESS, JR., | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | Case No.: 5:24-cv-01751-LCB |
| v. | ) | |
| | ) | |
| TERRY RAYBON, | ) | CAPITAL CASE |
| Warden of William C. Holman | ) | |
| Correctional Facility, | ) | |
| | ) | |
| *Respondent*. | ) | |
| _____ | ) | |

**PETITIONER'S STATUS UPDATE IN RESPONSE
TO JANUARY 7, 2026 COURT ORDER**

The Court issued an order on January 7, 2026, approving the plan to have petitioner's counsel engage the Capital Habeas Unit ("CHU") of the Federal Defenders for the Middle District of Alabama to conduct an independent assessment of the record in the instant action under *Martinez v. Ryan*, 566 U.S. 1 (2012). (Doc. 41.) The Court directed undersigned counsel to update the Court by February 9, 2026, with respect to the CHU's anticipated schedule for conducting this review.

Counsel have had multiple conversations with lawyers in the CHU to provide background information about the size and complexity of the relevant record, and to determine the CHU's availability and timeline to perform this role.

The state court record alone in this case consists of approximately 7,786 pages, and the relevant portions of the federal court record thus far comprise approximately 677 more pages.  In light of the CHU's full and demanding caseload, including multiple clients facing potential execution dates in 2026, attorneys at the CHU anticipate that they will need six to eight months to complete their review in this case.

Undersigned counsel have begun work with the CHU to transmit the relevant record to them as efficiently as possible.  Prior to reviewing any of the relevant record, it is not possible for the CHU to predict its timeline with more precision than the estimated minimum of six months.

FOR THESE REASONS, counsel respectfully request that the Court order counsel for petitioner to file a status report in six months, by August 9, 2026, with either an updated timeline or the CHU's completed review.

Dated: February 6, 2026                    Respectfully submitted,

                                           s/ *Ty Alper*
                                           Ty Alper, #ASB-3045-T68A
                                           Elisabeth Semel (admitted *pro hac vice*)
                                           U.C. Berkeley School of Law
                                           346 North Addition
                                           Berkeley, CA 94720-7200
                                           Tel: (510) 643-7849
                                           talper@law.berkeley.edu
                                           esemel@law.berkeley.edu

                                           *Counsel for Petitioner Willie Burgess, Jr.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notice of

such filing to all registered CM/ECF users.


                    *s/ Ty Alper*
                    Ty Alper