FILED

2026 Aug-07 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BURGESS, JR., | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | Case No.: 5:24-cv-01751-LCB |
| v. | ) | |
| | ) | |
| TERRY RAYBON, | ) | CAPITAL CASE |
| Warden of William C. Holman | ) | |
| Correctional Facility, | ) | |
| | ) | |
| *Respondent*. | ) | |
| | ) | |

**PETITIONER'S STATUS REPORT**

The Court has approved the plan to have petitioner's counsel engage the Capital Habeas Unit ("CHU") of the Federal Defenders for the Middle District of Alabama to conduct an independent assessment of the record in the instant action under *Martinez v. Ryan*, 566 U.S. 1 (2012). (Doc. 41.) The Court directed undersigned counsel to update the Court by August 9, 2026, with respect to the CHU's progress in conducting this review. (Doc. 43.) Particularly in light of executions the State is seeking this Fall for two clients of the CHU counsel assigned to review this case, the CHU anticipates needing at least several more months to conduct its review.

Undersigned counsel has provided the CHU with the record in this case, which, as previously indicated, comprises more than 8,000 pages. The CHU

originally estimated that it would take six to eight months to conduct its review but could not predict more precisely than that until the review was underway. Undersigned counsel thus proposed a status report after six months, which the Court ordered and counsel now provides.

Assigned counsel at the CHU has made substantial progress reviewing the extensive record in Mr. Burgess's case.  However, assigned CHU counsel currently is representing two clients for whom the State has sought an execution date, Jeffery Lee and Michael Taylor.  Litigation under an execution warrant is, of course, extremely time-consuming and also unpredictable.  Under these circumstances, counsel anticipates needing additional time to complete the review in this case.

FOR THESE REASONS, counsel respectfully request that the Court order counsel for petitioner to file another status report in three months, by November 9, 2026, with either an updated timeline or the CHU's completed review.

Dated: August 7, 2026                    Respectfully submitted,

s/ *Ty Alper*
Ty Alper, #ASB-3045-T68A
Elisabeth Semel (admitted *pro hac vice*)
U.C. Berkeley School of Law
346 North Addition
Berkeley, CA 94720-7200
Tel: (510) 643-7849
talper@law.berkeley.edu
esemel@law.berkeley.edu

*Counsel for Petitioner Willie Burgess, Jr.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

_s/ Ty Alper_
Ty Alper